### Arthur Lee JACKSON, Movant–Appellant,

v.

### STATE of Missouri, Respondent–Respondent.

### No. 57743.

Missouri Court of Appeals,
Eastern District,
Division Three.

July 31, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 29, 1990.

Application to Transfer Denied
Oct. 16, 1990.

David C. Hemingway, Marc B. Fried, St. Louis, for movant-appellant.

William L. Webster, Atty. Gen., M. Melissa Manda, Elizabeth Levin Ziegler, Asst. Attys. Gen., Jefferson City, for respondent-respondent.

## ORDER

PER CURIAM.

Movant appeals from the denial, without an evidentiary hearing, of his Rule 24.035 motion. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).